*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 5, 2015                520196
_____

In the Matter of JEROME
    NISBETT,
                    Appellant,

        v                                MEMORANDUM AND ORDER

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:   September 22, 2015

Before:  Peters, P.J., Garry, Egan Jr. and Clark, JJ.

                    _____

        Jerome Nisbett, Woodbourne, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____

        Appeal from a judgment of the Supreme Court (Cahill, J.),
entered November 26, 2014 in Ulster County, which, in a
proceeding pursuant to CPLR article 78, granted respondent's
motion to dismiss the petition.

        Petitioner commenced this CPLR article 78 proceeding
challenging a prison disciplinary determination.  Respondent
moved to dismiss the petition on the ground that the proceeding
was not commenced within the four-month statute of limitations
pursuant to CPLR 217 (1).  Supreme Court granted the motion and
petitioner now appeals.

        We affirm.  Petitioner acknowledges that he was notified on
April 11, 2014 that the determination had been administratively

affirmed. The record establishes that the petition was not filed until September 4, 2014. Given that the instant proceeding was not commenced within the applicable four-month statute of limitations (see CPLR 217 [1]), Supreme Court properly dismissed the petition as time-barred (see Matter of Stevenson v Prack, 120 AD3d 1465, 1466 [2014]).

Peters, P.J., Garry, Egan Jr. and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court